1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY ANDREW HALL,

11              Plaintiff,                    No. CIV S-03-1595 DFL KJM P

12        vs.

13   EDWARD R.  ALAMEIDA, et al,

14              Defendants.              <u>ORDER</u>

15   _____/

16         Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action

17   seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

18   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

19         On August 23, 2005, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty days.  Neither

22   party has filed objections to the findings and recommendations.

23         The court has reviewed the file and finds the findings and recommendations to be

24   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25   ORDERED that:

26   /////

1

1          1.  The findings and recommendations filed August 23, 2005 are adopted in full;

2   and

3          2.  The motion to dismiss as to defendants Alameida, Runnels, McDonald,

4   Minnick, Norguard, and Cook is denied;

5          3.  The motion to dismiss as to defendants Fleming, Iannone, McCoy, Harden,

6   Abamonga, Hitchcock, and Rush is granted.

7

8   DATED: 9/16/2005

9

10

11                                        _____

12                                        DAVID F. LEVI
                                          United States District Judge

13  /hall1995.801

14

15

16

17

18

19

20

21

22

23

24

25

26