IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **GREGORY A. HALL,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**EDWARD S. ALAMEIDA, et al.,**<br><br>　　　　　　　　　　Defendants. | No. 2:03-cv-1595 DFL KJM P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

The court, having considered defendants' request for an extension of time to file a reply to defendants' motion for summary judgment, and good cause having been found:

IT IS HEREBY ORDERED: Defendants' reply shall be served no later than April 21, 2006.

DATED: April 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

hall.wpd

Order Granting Def'ts' Request for Extension of Time to File a Reply to Pl.'s Opp'n to Def's' MSJ

1