IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY A. HALL,

    Plaintiff,               No. CIV S-03-1595 DFL KJM P

   vs.

EDWARD S. ALAMEIDA, et al.,

    Defendants.         <u>ORDER</u>

                               /

        On December 4, 2006, plaintiff filed a request for jury trial. This civil rights action was closed on September 29, 2006. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: December 20, 2006.

                                        U.S. MAGISTRATE JUDGE

/mp
hall1595.58