IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY ANDREW HALL,

    Plaintiff,                        No. CIV S-03-1595 JAM- KJM P

   vs.

EDWARD S. ALAMEIDA, et al.,

    Defendant.                 ORDER

_____/

        On September 29, 2006, this court entered judgment after ruling on defendants' motion for summary judgment. On February 12, 2007, plaintiff filed a request for reconsideration under Federal Rule of Civil Procedure 60(b).

        A district court may reconsider a ruling under either Federal Rule of Civil Procedure 59(e) or 60(b). See Sch. Dist. Number. 1J, Multnomah County v. ACandS, Inc., 5 F.3d 1255, 1262 (9th Cir. 1993). "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." Id. at 1263.

        Plaintiff does not present newly discovered evidence. Furthermore, the court finds that, after a de novo review of this case, the September 29, 2006 order adopting the June

/////

1

1  27, 2006 findings and recommendations of the magistrate judge and providing an independent
2  analysis of the claimed denial of exercise is neither manifestly unjust nor clearly erroneous.
3        Accordingly, IT IS HEREBY ORDERED that plaintiff's February 12, 2007
4  motion to vacate judgment is denied.
5        IT IS SO ORDERED.
6  DATED:  August 7, 2008

8        /s/ John A. Mendez
      UNITED STATES DISTRICT JUDGE

11  /hall1595.60(b)